IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01899-PAB-GPG

ERIC A. HEINRICH,

    Plaintiff,

v.

MASTER CRAFT ENGINEERING, INC., a Michigan corporation,
AUTO CENTER MANUFACTURING CO., a Florida corporation,
AUTOCRAFT MANUFACTURING CO., INC., a Florida corporation, and
JEG'S AUTOMOTIVE, INC., an Ohio corporation, a/k/a JEG'S, JEGS, JEG'S High Performance and JEGS High Performance,

    Defendants.

_____

# ORDER
_____

This matter is before the Court on plaintiff's Motion for Intra-Division Transfer of the Trial to Grand Junction, Colorado [Docket No. 133].

The Court held a hearing on plaintiff's motion on December 30, 2015. At the hearing and in response to plaintiff's motion, defendants did not make any substantive objections to holding trial in Grand Junction, Colorado.[1]  See Docket Nos. 137, 138, and 139.

For the foregoing reasons, it is

**ORDERED** that plaintiff's Motion for Intra-Division Transfer of the Trial to Grand

---

[1] In their response to plaintiff's motion, defendants Auto Center Manufacturing Co. and Autocraft Manufacturing Co., Inc. (collectively, "AMC") agreed to the transfer of this matter to Grand Junction Colorado so long as the transfer would not result in the assignment of a new judge. Docket No. 137 at 1. Defendants Jeg's Automotive, Inc. and Master Craft Engineering, Inc. joined in AMC's response. Docket Nos. 138 and 139.

Junction, Colorado [Docket No. 133] is **GRANTED**.

DATED February 2, 2016.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge