IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01899-PAB-GPG

ERIC A. HEINRICH,

    Plaintiff,

v.

MASTER CRAFT ENGINEERING, INC., a Michigan corporation,
AUTO CENTER MANUFACTURING CO., a Florida corporation,
AUTOCRAFT MANUFACTURING CO., INC., a Florida corporation, and
JEG'S AUTOMOTIVE, INC., an Ohio corporation, a/k/a JEG'S, JEGS, JEG'S High Performance and JEGS High Performance,

    Defendants.

_____

# ORDER
_____

    This matter comes before the Court on the Motion by Plaintiff to Set Trial [Docket No. 152], wherein plaintiff, with the acquiescence of defendants, moves the Court to set a trial date. The Court's Practice Standards explains how trial dates are set:

> Whenever practicable, the case will be set for trial and for Trial Preparation Conference during the final pretrial conference before the assigned magistrate judge; otherwise, immediately after the final pretrial conference counsel and pro se parties shall report to chambers **(Room A741, located on the seventh floor)** to set the case for trial and for Trial Preparation Conference.

Practice Standards (Civil cases), Judge Philip A. Brimmer § IV.B.

Plaintiff identifies no reason to believe that such procedure will not be followed when the Final Pretrial Conference takes place on March 28, 2016. Anxiousness is no substitute for good judgment. Motions like this are a waste of the Court's time, and the

parties should avoid filing them in the future.  The Motion by Plaintiff to Set Trial [Docket No. 152] is denied.

DATED March 9, 2016.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge